[No. 14903-0-III.    Division Three.    May 27, 1999.]

*In the Matter of the Detention of* ANTHONY E. GALLEGOS, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 95-2-00013-9, Ted W. Small, J., entered April 19, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 16905-7-III.    Division Three.    May 27, 1999.]

*In the Matter of the Marriage of* SUZANNE R. HUMBIRD, *Respondent,* and LEONARD JAMES HUMBIRD, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 94-3-01641-3, Kenneth Kato, J., entered August 13, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 17020-9-III.    Division Three.    May 27, 1999.]

JERIEL K. FERGUSON, ET AL., *Appellants,* v. FARMERS INSURANCE COMPANY OF WASHINGTON, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 96-2-00239-6, Dennis D. Yule, J., entered October 9, 1997. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.

[No. 17302-0-III.    Division Three.    May 27, 1999.]

M.J. FARMS, INC., *Respondent,* v. ROBERT J. SCHMIDT, ET AL., *Defendants,* SYSTEM-TWT TRANSPORTATION, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 95-2-01257-1, Philip M. Raekes, J., entered February 17, 1998. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.